**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carpenters Southwest Administrative Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>Lone Cactus Construction Corporation, an Arizona corporation, a/k/a Lone Cactus Construction, Corp.,<br><br>  Defendant.<br>_____<br><br>Bank of America,<br><br>  Garnishee<br>_____ | No. CV 08-622-PHX-JAT<br>  (formerly MC-07-27-PHX-JAT)<br><br>**ORDER** |

On February 21, 2008, Plaintiff/Judgment-Creditor Carpenters Southwest Administrative Corp. ("Carpenters") filed an Application for Writ of Garnishment against Garnishee Bank of America (Doc. #12).  In its Answer (Doc. #18), Bank of America indicated that, at the time of the Writ, Bank of America owed the Defendant/Judgment-Debtor Lone Cactus Construction Corp. ("Lone Cactus") $2,311.11.

On April 18, 2008, the Magistrate Judge issued a Report and Recommendation ("R&R")(Doc. #29) recommending that the Court enter a Judgment on Garnishment against Garnishee Bank of America in the amount of $2161.11.  No party has objected to the R&R. Accordingly, the Court hereby accepts the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149

(1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #29) is **ACCEPTED**; and

**IT IS FURTHER ORDERED** GRANTING Carpenters' Motion for Judgment Against Garnishee (Doc. #26) in the amount of $2161.11.

**IT IS FURTHER ORDERED** that Garnishee Bank of America is awarded $150 for its reasonable compensation in answering the Writ of Garnishment, said amount to be taxed against Defendant/Judgment-Debtor Lone Cactus.

**IT IS FURTHER ORDERED** that Carpenters shall deliver a copy of this Judgment to Bank of America and Lone Cactus; and on receipt of a copy of this Judgment, Bank of America shall transfer the nonexempt funds awarded to Carpenters to Carpenters's attorney.

DATED this 5th day of May, 2008.

James A. Teilborg
United States District Judge